

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2014

No. 04-14-00560-CR

Vernon **TRAVIS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B13637
Honorable Stephen B. Ables, Judge Presiding

## O R D E R

The court reporter's record was due September 5, 2014, but was not filed; however, on September 4, 2014, the reporter filed a notification of late record stating the record was not filed because appellant had not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the reporter's fee for preparing the record. Accordingly, on September 9, 2014, we ordered appellant to provide written proof to this court on or before September 19, 2014, that either (1) the reporter's fee had been paid or arrangements had been made to pay the reporter's fee; or (2) appellant is entitled to have the reporter's record furnished without charge. *See* TEX. R. APP. P. 20.2. We advised that if appellant failed to respond within the time provided, appellant's brief would be due thirty days after the clerk's record is filed, and the court would only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

On September 17, 2014, appellant filed a response. However, this document was solely in response to our order to pay for the clerk's record, which was filed September 12, 2014. Appellant never filed a response to this court's September 9, 2014 order regarding payment for the reporter's record.

Accordingly, per our September 9, 2014 order, we **ORDER** appellant to file appellant's brief in this court **on or before October 13, 2014** — thirty days from the date the clerk's record was filed — and advise appellant that **this court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision**.

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court